| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Krause, Cheryl A. | 2. Court or Organization  United States Court of Appeals for the Third Circuit | 3. Date of Report  5/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States Court of Appeals Judge - Active Status | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  1/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

United States Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | University of Pennsylvania Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 07/31/2012 | Dechert LLP Partnership Agreement - Final distribution of 2014 Dechert LLP income made in April 2015; withheld capital disbursed in part in 2015 |
| 2. | 06/2015 | University of Pennsylvania Law School - Taught fall semester 2015 ($5,000 stipend was disbursed in 2016 and will be reflected on 2016 disclosure) |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Self-employed consultant - GMECI LLC |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | 10/28/15-10/29/15 | San Diego, CA | Woman in Law Conference (speaker) | Transportation, meals, hotel |
| 2. | Michigan Law School | 4/14/15 | Ann Arbor, MI | Moot Court Final | Transportation, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on Rental Property #1, Philadelphia, PA (Part VII, line 4) | L |
| 2. | Ditech (Green Tree Financial merged into Ditech effective 8/31/15) | Mortgage on Rental Property #2, Absecon, NJ (Part VII, line 5) | M |
| 3. | Ditech (Green Tree Financial merged into Ditech effective 8/31/15) | Mortgage on Rental Property #3, New York, NY (Part VII, line 6) | M |
| 4. | Wells Fargo | Mortgage on Rental Property #4, Ventnor City, NJ (Part VII, line 7) | M |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Accounts | A | Interest | N | T | | | | | |
| 2. Wells Fargo Money Market Accounts | A | Interest | N | T | | | | | |
| 3. Dechert LLP Salary Savings Plan (Russell 2035 Target Date Fund) | | None | M | T | | | | | |
| 4. Rental Property #1, Philadelphia PA (2002, $85,000) | E | Rent | L | R | | | | | |
| 5. Rental Property #2, Absecon, NJ (2003, $184,500) | D | Rent | M | R | | | | | |
| 6. Rental Property #3, New York, NY (2003, $205,000) | E | Rent | M | R | | | | | |
| 7. Rental Property #4, Ventor, NJ (2007, $240,000) | D | Rent | M | R | | | | | |
| 8. Bank of America Account | | None | K | T | | | | | |
| 9. Russell 2035 Target Date Fund (f/k/a Russell Global Balance Fund) | | None | M | T | | | | | |
| 10. ABBOTT LABORATORIES | A | Dividend | | | Buy | 02/23/15 | J | | |
| 11. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 12. | | | | | Sold (part) | 08/14/15 | J | A | |
| 13. | | | | | Sold (part) | 08/20/15 | J | A | |
| 14. | | | | | Sold | 09/18/15 | J | A | |
| 15. ACTAVIS PLC | A | Dividend | | | Buy | 02/25/15 | J | | |
| 16. | | | | | Buy (add'l) | 03/17/15 | J | | |
| 17. | | | | | Merged (with line 20) | 06/15/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ALCOA INC (was RTI International) | A | Dividend | | | Buy (add'l) | 10/27/15 | J | | |
| 19. | | | | | Sold | 12/23/15 | K | C | |
| 20. ALLERGAN PLC (was Actavis) | A | Dividend | | | Sold | 9/18/15 | J | A | |
| 21. AMARIN CORPORATION PLC | | None | J | T | Sold (part) | 11/21/15 | J | C | |
| 22. | | | | | Sold (part) | 12/31/15 | J | A | |
| 23. AMERICAN ELECTRIC | A | Dividend | | | Buy | 01/30/15 | J | | |
| 24. | | | | | Sold | 02/10/15 | J | A | |
| 25. AMERICAN EXPRESS | | None | | | Buy | 01/07/15 | J | | |
| 26. | | | | | Sold | 01/23/15 | J | A | |
| 27. AMTECH (was BTU International) | | None | | | Sold | 07/07/15 | J | A | |
| 28. APPLE INC | B | Dividend | K | T | Sold (part) | 02/27/15 | K | E | |
| 29. | | | | | Sold (part) | 08/06/15 | J | A | |
| 30. | | | | | Sold (part) | 08/14/15 | J | A | |
| 31. | | | | | Sold (part) | 08/20/15 | J | A | |
| 32. | | | | | Sold (part) | 09/18/15 | J | A | |
| 33. ARCHER DANIELS | A | Dividend | | | Sold | 11/20/15 | J | B | |
| 34. ARENA PHARMACEUTICALS | | None | J | T | Sold (part) | 12/31/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ASTRAZENECA | | None | | | Buy | 01/07/15 | J | | |
| 36. | | | | | Sold | 02/05/15 | J | A | |
| 37. AVALON COMMUNITIES | | None | | | Buy | 01/07/15 | J | | |
| 38. | | | | | Buy (add'l) | 01/28/15 | J | | |
| 39. | | | | | Sold (part) | 02/09/15 | J | A | |
| 40. | | | | | Sold (part) | 02/13/15 | J | A | |
| 41. | | | | | Sold | 02/18/15 | J | A | |
| 42. BARRICK GOLD CORP | A | Dividend | K | T | Buy | 09/22/15 | J | | |
| 43. BAYTEX ENERGY | A | Dividend | | | Buy | 02/27/15 | J | | |
| 44. | | | | | Sold | 04/15/15 | J | B | |
| 45. BCE INC | A | Dividend | | | Buy | 01/07/15 | J | | |
| 46. | | | | | Sold | 07/23/15 | J | A | |
| 47. BANK OF AMERICA | A | Dividend | | | Buy | 03/06/15 | J | | |
| 48. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 49. | | | | | Sold (part) | 03/12/15 | J | A | |
| 50. | | | | | Sold (part) | 08/14/15 | J | A | |
| 51. | | | | | Sold (part) | 08/20/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 08/24/15 | J | A | |
| 53. BECTON DICKINSON & CO | A | Dividend | | | Buy | 02/12/15 | J | | |
| 54. | | | | | Sold (part) | 08/14/15 | J | A | |
| 55. | | | | | Sold (part) | 08/20/15 | J | A | |
| 56. | | | | | Sold | 09/18/15 | J | A | |
| 57. BLACKROCK INVE QLTY MUNI FUND | A | Dividend | | | Buy | 01/07/15 | J | | |
| 58. | | | | | Sold | 01/22/15 | J | A | |
| 59. BLUE PHOENIX | | None | | | Merged (with line 227) | 01/26/15 | J | | |
| 60. BOEING CO | A | Dividend | | | Buy | 02/13/15 | J | | |
| 61. | | | | | Sold (part) | 08/14/15 | J | A | |
| 62. | | | | | Sold (part) | 08/20/15 | J | A | |
| 63. | | | | | Sold | 09/18/15 | J | A | |
| 64. BOSTON PROPERTIES INC | | None | | | Buy | 01/07/15 | J | | |
| 65. | | | | | Sold (part) | 02/09/15 | J | A | |
| 66. | | | | | Sold (part) | 02/13/15 | J | A | |
| 67. | | | | | Sold | 02/18/15 | J | A | |
| 68. BRISTOL MYERS SQUIBB | A | Dividend | | | Buy | 01/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/14/15 | J | A | |
| 70. | | | | | Sold (part) | 08/20/15 | J | A | |
| 71. | | | | | Sold | 09/18/15 | J | A | |
| 72. BROADCOM CORP | A | Distribution | | | Buy | 04/23/15 | J | | |
| 73. | | | | | Sold | 07/22/15 | J | A | |
| 74. BTU INTERNATIONAL | | None | | | Merged (with line 27) | 02/03/15 | J | | |
| 75. CVS HEALTH CORP | A | Dividend | | | Buy | 01/22/15 | J | | |
| 76. | | | | | Sold (part) | 08/14/15 | J | A | |
| 77. | | | | | Sold (part) | 08/20/15 | J | A | |
| 78. | | | | | Sold | 09/18/15 | J | A | |
| 79. CISCO SYSTEMS INC. | A | Dividend | | | Buy | 02/12/15 | J | | |
| 80. | | | | | Sold (part) | 08/14/15 | J | A | |
| 81. | | | | | Sold (part) | 08/20/15 | J | A | |
| 82. | | | | | Sold | 08/27/15 | J | A | |
| 83. CITIGROUP | A | Dividend | | | Buy | 03/12/15 | J | | |
| 84. | | | | | Sold (part) | 03/19/15 | J | A | |
| 85. | | | | | Sold (part) | 08/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 08/20/15 | J | A | |
| 87. | | | | | Sold | 09/01/15 | J | A | |
| 88. COSTCO WHOLESALER | A | Dividend | | | Buy | 01/30/15 | J | | |
| 89. | | | | | Sold | 06/11/15 | J | A | |
| 90. COMCAST | A | Dividend | | | Buy | 01/07/15 | J | | |
| 91. | | | | | Sold | 06/11/15 | J | A | |
| 92. DTE ENERGY | | None | | | Buy | 01/07/15 | J | | |
| 93. | | | | | Sold | 02/10/15 | J | A | |
| 94. DARDEN RESTAURANTS | A | Dividend | | | Buy | 01/07/15 | J | | |
| 95. | | | | | Sold (part) | 08/14/15 | J | A | |
| 96. | | | | | Sold (part) | 08/20/15 | J | A | |
| 97. | | | | | Sold | 09/18/15 | J | A | |
| 98. DELPHI AUTOMOTIVE | A | Dividend | | | Buy | 02/19/15 | J | | |
| 99. | | | | | Buy (add'l) | 03/19/15 | J | | |
| 100. | | | | | Sold (part) | 08/14/15 | J | A | |
| 101. | | | | | Sold (part) | 08/20/15 | J | A | |
| 102. | | | | | Sold | 09/18/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. DELTA AIRLINES | | None | | | Sold | 01/14/15 | K | E | |
| 104. DISNEY WALT COMPANY | A | Dividend | | | Buy | 03/12/15 | J | | |
| 105. | | | | | Sold | 08/05/15 | J | A | |
| 106. DOW CHEMICAL | A | Dividend | | | Buy | 03/27/15 | J | | |
| 107. | | | | | Sold (part) | 08/14/15 | J | A | |
| 108. | | | | | Sold (part) | 08/20/15 | J | A | |
| 109. | | | | | Sold | 09/18/15 | J | A | |
| 110. DUPONT | A | Dividend | J | T | | | | | |
| 111. EXTRA SPACE STORAGE | | None | | | Buy | 01/07/15 | J | | |
| 112. | | | | | Sold | 02/20/15 | J | A | |
| 113. FID SELECT MMKT PORTFOLIO | A | Dividend | | | Merged (with line 114) | 11/10/15 | K | | |
| 114. FIDELITY MMRT PREMIUM | A | Dividend | K | T | | | | | |
| 115. FORD MOTOR COMPANY | | None | | | Buy | 01/29/15 | K | | |
| 116. | | | | | Sold | 02/25/15 | K | C | |
| 117. FREEPORT-McMORAN | | None | L | T | Buy | 11/12/15 | J | | |
| 118. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 119. | | | | | Buy (add'l) | 11/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/24/15 | J | | |
| 121.  FURMANITE | | None | K | T | Sold (part) | 07/07/15 | K | C | |
| 122.  GENERAL ELECTRIC | A | Dividend | | | Buy | 04/10/15 | J | | |
| 123. | | | | | Sold (part) | 08/14/15 | J | A | |
| 124. | | | | | Sold (part) | 08/20/15 | J | A | |
| 125. | | | | | Sold | 09/18/15 | J | A | |
| 126.  GENERAL MOTORS | | None | | | Buy | 01/08/15 | J | | |
| 127. | | | | | Sold | 01/16/15 | J | A | |
| 128.  GLAXOSMITHKLINE PLC | | None | K | T | | | | | |
| 129.  GSE SYSTEMS INC. | | None | J | T | | | | | |
| 130.  HIGHLAND CAPITAL L/S HEALTHCARE FUND A SHARES (529 PLAN) | A | Dividend | J | T | Buy (add'l) | 09/01/15 | J | | |
| 131.  HIGHLAND CAPITAL L/S HEALTHCARE FUND C (529 PLAN) | | None | | | Sold | 03/12/15 | K | B | |
| 132.  HOME DEPOT | A | Dividend | | | Buy | 01/07/15 | J | | |
| 133. | | | | | Sold (part) | 08/14/15 | J | A | |
| 134. | | | | | Sold (part) | 08/20/15 | J | A | |
| 135. | | | | | Sold | 09/18/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. HONEYWELL INTERNATIONAL | A | Dividend | | | Buy | 01/07/15 | J | | |
| 137. | | | | | Sold (part) | 08/14/15 | J | A | |
| 138. | | | | | Sold (part) | 08/20/15 | J | A | |
| 139. | | | | | Sold | 09/18/15 | J | A | |
| 140. HUNTSMAN | A | Dividend | L | T | Buy | 10/27/15 | K | | |
| 141. INNOVATIVE SOLUTIONS | | None | | | Sold | 07/07/15 | J | A | |
| 142. INVESCO CAL VALUE MUNI INCOME TRUST | A | Dividend | | | Buy | 01/07/15 | J | | |
| 143. | | | | | Sold (part) | 08/14/15 | J | A | |
| 144. | | | | | Sold (part) | 08/20/15 | J | A | |
| 145. | | | | | Sold | 09/18/15 | J | A | |
| 146. ISHARES GOLD TRUST | | None | | | Buy | 01/15/15 | J | | |
| 147. | | | | | Buy (add'l) | 01/22/15 | J | | |
| 148. | | | | | Sold | 01/26/15 | K | A | |
| 149. ISHARES 20 YEAR TREASURY | A | Dividend | | | Buy | 01/29/15 | J | | |
| 150. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 151. | | | | | Sold | 02/03/15 | K | A | |
| 152. IVA WORLDWIDE - A | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. IVA WORLDWIDE - C | | None | K | T | | | | | |
| 154. IVA WORLDWIDE - I | | None | L | T | Sold (part) | 12/02/15 | K | A | |
| 155. JOHNSON & JOHNSON | A | Dividend | | | Buy | 01/07/15 | J | | |
| 156. | | | | | Sold (part) | 01/22/15 | J | A | |
| 157. | | | | | Sold (part) | 03/17/15 | J | A | |
| 158. | | | | | Sold (part) | 08/14/15 | J | A | |
| 159. | | | | | Sold (part) | 08/20/15 | J | A | |
| 160. | | | | | Sold | 09/18/15 | J | A | |
| 161. JPMORGAN | A | Dividend | | | Buy | 01/07/15 | J | | |
| 162. | | | | | Buy (add'l) | 02/25/15 | J | | |
| 163. | | | | | Sold (part) | 01/15/15 | J | A | |
| 164. | | | | | Sold (part) | 03/19/15 | J | A | |
| 165. | | | | | Sold (part) | 08/14/15 | J | A | |
| 166. | | | | | Sold (part) | 08/20/15 | J | A | |
| 167. | | | | | Sold | 09/18/15 | J | A | |
| 168. KIMBERLY CLARKE | | None | | | Buy | 01/07/15 | J | | |
| 169. | | | | | Sold | 02/25/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. KINDER MORGAN INC. | A | Dividend | K | T | Buy | 02/20/15 | J | | |
| 171. | | | | | Sold | 06/12/15 | J | A | |
| 172. | | | | | Buy | 11/12/15 | K | | |
| 173. | | | | | Buy | 11/13/15 | K | | |
| 174. | | | | | Buy | 11/13/15 | K | | |
| 175. | | | | | Buy (add'l) | 12/04/15 | K | | |
| 176. | | | | | Sold (part) | 12/31/15 | K | A | |
| 177. KKR & COMPANY PLC | A | Int./Div. | K | T | Buy | 02/05/15 | J | | |
| 178. | | | | | Buy (add'l) | 10/23/15 | K | | |
| 179. KLA-TENCOR CORP | | None | | | Buy | 01/07/15 | J | | |
| 180. | | | | | Sold | 01/28/15 | J | A | |
| 181. KRAFT HEINZ CO | A | Dividend | | | Buy | 03/25/15 | J | | |
| 182. | | | | | Sold (part) | 08/14/15 | J | A | |
| 183. | | | | | Sold (part) | 08/20/15 | J | A | |
| 184. | | | | | Sold | 09/18/15 | J | A | |
| 185. KROGER COMPANY | A | Dividend | | | Buy | 01/07/15 | J | | |
| 186. | | | | | Sold (part) | 08/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. | | | | | Sold (part) | 08/20/15 | J | A | |
| 188. | | | | | Sold | 09/18/15 | J | A | |
| 189. L BRANDS INC | A | Dividend | | | Buy | 01/07/15 | J | | |
| 190. | | | | | Buy (add'l) | 02/26/15 | J | | |
| 191. | | | | | Sold (part) | 08/14/15 | J | A | |
| 192. | | | | | Sold (part) | 08/20/15 | J | A | |
| 193. | | | | | Sold | 09/18/15 | J | A | |
| 194. LOCKHEED MARTIN CORP | A | Dividend | | | Buy | 01/07/15 | J | | |
| 195. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 196. | | | | | Sold (part) | 08/14/15 | J | A | |
| 197. | | | | | Sold (part) | 08/20/15 | J | A | |
| 198. | | | | | Sold | 09/18/15 | J | A | |
| 199. LUMBER LIQUIDATORS | | None | K | T | Buy | 04/01/15 | K | | |
| 200. | | | | | Buy (add'l) | 04/22/15 | K | | |
| 201. MAGNETEK INC | | None | | | Sold | 08/10/15 | J | D | |
| 202. MARATHON PETROLEUM | A | Dividend | | | Buy | 03/17/15 | J | | |
| 203. | | | | | Sold (part) | 08/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | | | | | Sold (part) | 08/20/15 | J | A | |
| 205. | | | | | Sold | 08/27/15 | J | A | |
| 206. MANNKIND | | None | | | Buy (add'l) | 02/04/15 | J | | |
| 207. | | | | | Sold (part) | 11/04/15 | J | A | |
| 208. | | | | | Sold | 11/04/15 | J | A | |
| 209. MARKET VECTORS OIL | | None | | | Sold (part) | 04/15/15 | K | A | |
| 210. | | | | | Sold | 05/05/15 | K | A | |
| 211. MEDTRONIC PLC | | None | | | Buy | 08/06/15 | J | | |
| 212. | | | | | Sold (part) | 08/14/15 | J | A | |
| 213. | | | | | Sold (part) | 08/20/15 | J | A | |
| 214. | | | | | Sold | 09/18/15 | J | A | |
| 215. MERCK & CO. INC. | A | Dividend | | | Buy | 01/07/15 | J | | |
| 216. | | | | | Sold (part) | 02/09/15 | J | A | |
| 217. | | | | | Sold (part) | 08/14/15 | J | A | |
| 218. | | | | | Sold (part) | 08/20/15 | J | A | |
| 219. | | | | | Sold | 09/18/15 | J | A | |
| 220. MICROCHIP THECHNOLOGY | A | Dividend | | | Buy | 01/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 17 of 29

Name of Person Reporting

Krause, Cheryl A.

Date of Report

5/13/2016

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. | | | | | Sold | 07/22/15 | J | A | |
| 222. MICRON TECHNOLOGY INC. | | None | K | T | Buy | 11/20/15 | K | | |
| 223. | | | | | Buy (add'l) | 11/23/15 | K | | |
| 224. MICROSOFT CORP | | None | | | Buy | 01/07/15 | J | | |
| 225. | | | | | Sold | 01/28/15 | J | A | |
| 226. MICROSTRATEGY | | None | | | Sold | 12/02/15 | K | D | |
| 227. MODSYS INTERNATIONAL (was BluePhoenix) | | None | J | T | | | | | |
| 228. MYLAN | | None | L | T | Buy | 04/27/15 | K | | |
| 229. | | | | | Buy | 09/24/15 | K | | |
| 230. | | | | | Sold (part) | 11/16/15 | K | B | |
| 231. | | | | | Buy (add'l) | 06/11/15 | K | | |
| 232. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 233. | | | | | Sold (part) | 11/16/15 | K | A | |
| 234. | | | | | Buy (add'l) | 09/22/15 | K | | |
| 235. | | | | | Buy (add'l) | 10/22/15 | K | | |
| 236. | | | | | Sold | 11/13/15 | L | D | |
| 237. NEXTERA ENERGY INC | A | Dividend | | | Buy | 01/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. | | | | | Buy (add'l) | 01/28/15 | J | | |
| 239. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 240. | | | | | Buy (add'l) | 03/17/15 | J | | |
| 241. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 242. | | | | | Sold (part) | 02/10/15 | J | A | |
| 243. | | | | | Sold (part) | 05/01/15 | J | A | |
| 244. | | | | | Sold (part) | 08/14/15 | J | A | |
| 245. | | | | | Sold (part) | 08/20/15 | J | A | |
| 246. | | | | | Sold | 09/18/15 | J | A | |
| 247. NIKE INC | | None | | | Buy | 06/11/15 | J | | |
| 248. | | | | | Sold (part) | 08/14/15 | J | A | |
| 249. | | | | | Sold (part) | 08/20/15 | J | A | |
| 250. | | | | | Sold | 09/18/15 | J | A | |
| 251. NORTHROP GRUMMAN | A | Dividend | | | Buy | 01/07/15 | J | | |
| 252. | | | | | Sold (part) | 08/14/15 | J | A | |
| 253. | | | | | Sold (part) | 08/20/15 | J | A | |
| 254. | | | | | Sold | 09/18/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. NUANCE COMMUNICATIONS | | None | | | Sold (part) | 05/15/15 | K | D | |
| 256. | | | | | Sold | 11/17/15 | K | C | |
| 257. OMEGA HEALTHCARE | A | Dividend | | | Buy | 01/28/15 | J | | |
| 258. | | | | | Sold (part) | 02/10/15 | J | A | |
| 259. | | | | | Sold | 02/13/15 | J | A | |
| 260. PEPSICO INC | | None | | | Buy | 01/07/15 | J | | |
| 261. | | | | | Sold | 02/25/15 | J | A | |
| 262. PETROLEO BRASILEIRO | | None | | | Sold | 02/27/15 | J | A | |
| 263. PHILLIPS 66 | A | Dividend | | | Buy | 02/04/15 | J | | |
| 264. | | | | | Sold | 04/09/15 | J | A | |
| 265. PFIZER INC. | A | Dividend | | | Buy | 01/07/15 | J | | |
| 266. | | | | | Sold (part) | 08/14/15 | J | A | |
| 267. | | | | | Sold (part) | 08/20/15 | J | A | |
| 268. | | | | | Sold | 09/18/15 | J | A | |
| 269. POWERSECURE | | None | K | T | | | | | |
| 270. PS BUSINESS PKS | | None | | | Buy | 01/07/15 | J | | |
| 271. | | | | | Sold | 02/20/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272.  PUBLIC STORAGE | | None | | | Buy | 01/07/15 | J | | |
| 273. | | | | | Sold (part) | 02/13/15 | J | A | |
| 274. | | | | | Sold | 02/20/15 | J | A | |
| 275.  QUALCOM | | None | K | T | | | | | |
| 276.  QUALCOM | | None | K | T | Buy | 03/10/15 | J | | |
| 277. | | | | | Buy (add'l) | 11/05/15 | K | | |
| 278. | | | | | Buy (add'l) | 12/01/15 | K | | |
| 279. | | | | | Sold (part) | 03/12/15 | J | A | |
| 280.  RAYONIER ADVANCED | A | Dividend | K | T | Buy | 02/27/15 | J | | |
| 281. | | | J | T | Buy (add'l) | 09/22/15 | J | | |
| 282.  RETRACTABLE TECH INC. | | None | J | T | | | | | |
| 283.  ROYAL BANK CANADA | | None | | | Buy | 03/05/15 | J | | |
| 284. | | | | | Sold | 03/13/15 | J | A | |
| 285.  RR DONNELLY | A | Dividend | | | Sold | 02/26/15 | K | B | |
| 286. | | | | | Sold | 02/26/15 | K | C | |
| 287.  RTI INTERNATIONAL | | None | | | Merged (with line 18) | 07/24/15 | J | | |
| 288.  RYDER SYSTEM INC | A | Dividend | | | Buy | 02/12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. | | | | | Sold (part) | 08/14/15 | J | A | |
| 290. | | | | | Sold (part) | 08/20/15 | J | A | |
| 291. | | | | | Sold | 09/18/15 | J | A | |
| 292. RYDEX INVERSE GOVT LONG BOND - C | | None | K | T | Buy | 03/13/15 | K | | |
| 293. SEADRILL LTD | | None | J | T | | | | | |
| 294. | | | | | Buy (add'l) | 01/13/15 | J | | |
| 295. | | | | | Sold (part) | 04/15/15 | J | C | |
| 296. SEASPAN CORP | A | Dividend | | | Buy | 01/07/15 | J | | |
| 297. | | | | | Sold | 09/18/15 | J | A | |
| 298. SEMPRA ENERGY | A | Dividend | | | Buy | 01/07/15 | J | | |
| 299. | | | | | Buy (add'l) | 03/19/15 | J | | |
| 300. | | | | | Sold (part) | 02/10/15 | J | A | |
| 301. | | | | | Sold (part) | 05/01/15 | J | A | |
| 302. | | | | | Sold (part) | 08/14/15 | J | A | |
| 303. | | | | | Sold (part) | 08/20/15 | J | A | |
| 304. | | | | | Sold | 09/18/15 | J | A | |
| 305. SIMON PROPERTY GROUP | A | Dividend | | | Buy | 01/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. | | | | | Buy (add'l) | 01/28/15 | J | | |
| 307. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 308. | | | | | Sold (part) | 02/09/15 | J | A | |
| 309. | | | | | Sold (part) | 02/13/15 | J | A | |
| 310. | | | | | Sold (part) | 02/20/15 | J | A | |
| 311. | | | | | Sold (part) | 08/14/15 | J | A | |
| 312. | | | | | Sold (part) | 08/20/15 | J | A | |
| 313. | | | | | Sold | 09/18/15 | J | A | |
| 314. SONIC FOUNDARY INC | | None | J | T | | | | | |
| 315. STARBUCKS CORP | A | Dividend | | | Buy | 01/08/15 | J | | |
| 316. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 317. | | | | | Sold (part) | 08/14/15 | J | A | |
| 318. | | | | | Sold (part) | 08/20/15 | J | A | |
| 319. | | | | | Sold | 09/18/15 | J | A | |
| 320. STUDENT TRANSPORTATION | | None | | | Sold | 01/16/15 | J | A | |
| 321. SUNTRUST BANKS INC | A | Dividend | | | Buy | 02/12/15 | J | | |
| 322. | | | | | Sold (part) | 08/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. | | | | | Sold (part) | 08/20/15 | J | A | |
| 324. | | | | | Sold | 09/18/15 | J | A | |
| 325. TAUBMAN CENTERS INC | | None | | | Buy | 01/07/15 | J | | |
| 326. | | | | | Sold | 02/10/15 | J | A | |
| 327. TEVA PHARMA | A | Dividend | | | Buy | 07/28/15 | J | | |
| 328. | | | | | Sold (part) | 08/14/15 | J | A | |
| 329. | | | | | Sold (part) | 08/20/15 | J | A | |
| 330. | | | | | Sold | 09/18/15 | J | A | |
| 331. TEXAS INSTRUMENTS | A | Dividend | | | Buy | 01/07/15 | J | | |
| 332. | | | | | Sold | 04/42/15 | J | A | |
| 333. TIME WARNER INC | A | Dividend | | | Buy | 03/05/15 | J | | |
| 334. | | | | | Sold | 08/05/15 | J | A | |
| 335. TJX COS INC. | A | Dividend | | | Buy | 01/07/15 | J | | |
| 336. | | | | | Buy (add'l) | 01/08/15 | J | | |
| 337. | | | | | Sold (part) | 08/14/15 | J | A | |
| 338. | | | | | Sold (part) | 08/20/15 | J | A | |
| 339. | | | | | Sold | 09/18/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. T-MOBILE US | | None | | | Sold (part) | 02/25/15 | K | B | |
| 341. | | | | | Sold | 03/05/15 | K | C | |
| 342. TSAKOS ENERGY NAVIGATION | A | Dividend | K | T | Buy | 05/14/15 | J | | |
| 343. UNION PACIFIC CORP | A | Dividend | | | Buy | 01/07/15 | J | | |
| 344. | | | | | Sold | 03/27/15 | J | A | |
| 345. UNIVERSAL HEALTH REALTY INCOME TRUST | A | Dividend | J | T | | | | | |
| 346. UNITED PARCEL SERVICE | A | Dividend | | | Buy | 01/07/15 | J | | |
| 347. | | | | | Buy (add'l) | 08/06/15 | J | | |
| 348. | | | | | Sold (part) | 01/23/15 | J | A | |
| 349. | | | | | Sold (part) | 01/26/15 | J | A | |
| 350. | | | | | Sold (part) | 08/14/15 | J | A | |
| 351. | | | | | Sold (part) | 08/20/15 | J | A | |
| 352. | | | | | Sold | 09/18/15 | J | A | |
| 353. UNITED TECHNOLOGIES | A | Dividend | | | Buy | 01/07/15 | J | | |
| 354. | | | | | Sold | 07/21/15 | J | A | |
| 355. UNITEDHEALTHCARE CORP | A | Dividend | | | Buy | 01/26/15 | J | | |
| 356. | | | | | Sold (part) | 08/14/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. | | | | | Sold (part) | 08/20/15 | J | A | |
| 358. | | | | | Sold | 09/18/15 | J | A | |
| 359. US BANCORP | A | Dividend | | | Buy | 01/07/15 | J | | |
| 360. | | | | | Buy (add'l) | 01/20/15 | J | | |
| 361. | | | | | Sold (part) | 01/30/15 | J | A | |
| 362. | | | | | Sold (part) | 08/14/15 | J | A | |
| 363. | | | | | Sold (part) | 08/20/15 | J | A | |
| 364. | | | | | Sold | 08/27/15 | J | A | |
| 365. US STEEL | | None | K | T | Buy | 10/23/15 | K | | |
| 366. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 367. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 368. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 369. | | | | | Sold (part) | 12/24/15 | J | A | |
| 370. VALERO ENERGY CORP | A | Dividend | | | Buy | 02/05/15 | J | | |
| 371. | | | | | Buy (add'l) | 02/19/15 | J | | |
| 372. | | | | | Sold (part) | 08/14/15 | J | A | |
| 373. | | | | | Sold (part) | 08/20/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 26 of 29

Name of Person Reporting

Krause, Cheryl A.

Date of Report

5/13/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374. | | | | | Sold | 08/27/15 | J | A | |
| 375. VANGUARD FTSE ETF | | None | | | Buy | 02/20/15 | J | | |
| 376. | | | | | Sold | 03/11/15 | J | A | |
| 377. VENTAS | A | Dividend | | | Buy | 01/07/15 | J | | |
| 378. | | | | | Sold | 02/10/15 | J | A | |
| 379. VERIZON COMMUNICATIONS | A | Dividend | | | Buy | 01/07/15 | J | | |
| 380. | | | | | Sold (part) | 08/14/15 | J | A | |
| 381. | | | | | Sold (part) | 08/20/15 | J | A | |
| 382. | | | | | Sold | 09/18/15 | J | A | |
| 383. VIVUS INC. | | None | | | Sold | 12/31/15 | J | A | |
| 384. | | | | | Sold | 12/31/15 | J | A | |
| 385. VODAFONE GROUP PLC | | None | | | Sold | 08/27/15 | K | A | |
| 386. WALTER ENERGY | | None | | | Sold | 12/31/15 | J | A | |
| 387. WELLS FARGO CO | A | Dividend | | | Buy | 02/12/15 | J | | |
| 388. | | | | | Sold | 08/12/15 | J | A | |
| 389. WISDOMTREE EUR HEDGE | A | Dividend | | | Buy | 03/11/15 | J | | |
| 390. | | | | | Sold | 05/01/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 391. YAHOO INC. | | None | L | T | Buy | 10/23/15 | K | | |
| 392. | | | | | Buy (add'l) | 12/02/15 | K | | |
| 393. | | | | | Buy (add'l) | 12/02/15 | K | | |
| 394. | | | | | Buy (add'l) | 12/02/15 | K | | |
| 395. Crossroad Systems, Inc. | | None | J | T | Buy | 03/01/15 | J | | |
| 396. inc Networks LLC | | None | K | U | | | | | |
| 397. MIT 4G LLC | | None | K | U | | | | | |
| 398. New Hampshire UNIQUE College Investing 529 Plan (X) | | | | | | | | | |
| 399. -New Hampshire International Index | | None | | | Sold | 02/02/15 | J | | |
| 400. -New Hampshire Intermediate Treasury Index | | None | | | Sold | 02/02/15 | J | | |
| 401. -New Hampshire Aggressive Growth Portfolio (Fidelity Index) | | None | | | Sold | 02/02/15 | J | | |
| 402. FRANKLIN MUTUAL GLOBAL DISCOVERY 529 PORTFOLIO (CLASS A) | | None | J | T | Buy | 02/09/15 | J | | |
| 403. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The New Hampshire UNIQUE College Investing 529 Plan that was sold on February 2, 2015 and the Franklin Mutual Global Discovery 529 Portfolio-Class A that was acquired on the same date reflect a roll-over of the same 529 plan assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cheryl A. Krause**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544